1 | JESSICA PRICE, SBN 264053
2 | *jprice@aclusocal.org*
  | AHILAN ARULANANTHAM, SBN 189110
3 | *aarulanantham@aclusocal.org*
4 | ACLU FOUNDATION OF SOUTHERN CALIFORNIA
  | 1313 W. 8th Street
5 | Los Angeles, CA 90017
6 | Phone:  (213) 977-9500
  | Facsimile:  (213) 977-5299
7 |
8 | MOHAMAD AHMAD, SBN 275911
  | *mahmad@valorllp.com*
9 | VALOR LLP
10 | 2719 Wilshire Blvd. Ste. 200
   | Santa Monica, CA
11 | Phone: (760) 600-9248
12 | Facsimile: (888) 959-8749

13 | (continued on next page)
14 |
   | Counsel for Plaintiff
15 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMOOD ALI NAGI, | Case No. 5:15-CV-00717 |
| Plaintiff, | |
| vs. | **PLAINTIFF'S NOTICE OF DISMISSAL  UNDER RULE 41(a)(1)(A)** |
| JOHN KERRY, United States Secretary of State, in his official capacity;  RYAN KARNES, Vice Consul for the United States Embassy, in his official capacity; BRENDA S. SPRAGUE, Deputy Assistant Secretary for Passport Services, in her official capacity; UNITED STATES DEPARTMENT OF STATE, | |
| Defendants. | |

1  ASIAN AMERICANS ADVANCING
2  JUSTICE – ASIAN LAW CAUCUS
   Yaman Salahi, SBN288752
3  *yamans@advancingjustice-alc.org*
   Nasrina Bargzie, SBN 238917
4  *nasrinab@advancingjustice-alc.org*
5  55 Columbus Ave.
   San Francisco, CA 94111
6  Telephone: 415-848-7711
7  Facsimile: 415-896-1702

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff now agrees to voluntarily dismiss the Complaint for Injunctive and Declaratory Relief currently pending in the federal district court in the Central District of California without prejudice, because Defendants provided Plaintiff the relief he sought in this action. Specifically, Defendants stated that they would provide him with a limited validity passport and permit his return to the United States. The Government ultimately ensured Mr. Nagi's return one week after the filing of the complaint.

Dated: May 6, 2015    Respectfully submitted,

By:   /s/ Jessica Price
      JESSICA PRICE
      ACLU Foundation of Southern California

1